MAX WEINSTEIN, Respondent, v. HARVEY G. REYNOLDS, Appellant.— Judg-

ment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Hinman, McCann, Davis and Whitmyer, JJ.